UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GRECIA,

　　　　　　　　Plaintiff(s),

　　v.

AT&T SERVICES, INC.,

　　　　　　　　Defendant(s).

Case No: 15-CV-04360

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, /s/ Taylor Higgins Ludlam, an active member in good standing of the bar of Eastern District of NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AT&T Services, Inc. in the above-entitled action. My local co-counsel in this case is Steven D. Moore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Suite 1400, 4208 Six Forks Road<br>Raleigh, NC 27609 | Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (919) 420-1705 | (415) 273-4741 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| taludlam@kilpatricktownsend.com | smoore@kilpatricktownsend.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 42377.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/06/15

　　　　　　　　　　　　　　　　　　　　　　　/s/ Taylor Higgins Ludlam
　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of /s/ Taylor Higgins Ludlam is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 6, 2015.

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE